B210A (Form210A)(12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE                                                                  Case No. 14-01395-5-DMW

James William Jackson, Jr. and Angela De-Mae Jackson

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LSF9 MORTGAGE HOLDINGS, LLC #7           JPMC Specialty Mortgage LLC f/k/a WM Specialty
Name of Transferee                       Mortgage LLC
                                         Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 11-3
should be sent:                                  Amount of Claim: $150,568.48
                                                 Date Claim Filed: November 12, 2014

Caliber Home Loans, Inc.
Customer Service Department
13801 Wireless Way
Oklahoma City, OK 73134-0610
Phone:                                           Phone: 1-866-243-5851
Last Four Digits of Acct#: 8507                  Last Four Digits of Acct#: 4990

Name and Address where transferee payments
should be sent (if different from above):

Caliber Home Loans, Inc.
P.O. Box 24330
Oklahoma City, OK 73124-0330
Phone:
Last Four Digits of Acct#: 8507

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Neil D. Jonas                                    Date:  12/24/2014
     Transferee/Transferee's Agent
     Neil D. Jonas, N.C. Bar No. 31622
     Matthew T. McKee, N.C. Bar No. 28675

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.